IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| R.W. QUEBODEAUX | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv606 |
| GEORGE W. BUSH | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff R.W. Quebodeaux, a prisoner incarcerated at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights suit.

The court previously referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this action. The magistrate judge recommends this action be dismissed as frivolous.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No timely objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the proposed findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is hereby **ADOPTED**. A final judgment

shall be entered dismissing this case in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 28th day of November, 2005.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE